

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00085-CV

COMPTROLLER OF PUBLIC ACCOUNTS, STATE OF TEXAS, Appellant

V.

SMITHVILLE INDEPENDENT SCHOOL DISTRICT, Appellee

On Appeal from the 53rd District Court
Travis County, Texas
Trial Court No. D-1-GN-17-004070

Before Morriss, C.J., Burgess and Moseley,* JJ.
Memorandum Opinion by Chief Justice Morriss

*Bailey C. Moseley, Retired, Sitting by Assignment

## MEMORANDUM OPINION

The parties have filed with this Court an agreed motion to set aside the trial court's judgment out of Travis County,[1] without regard to the merits and remand this case to the trial court for disposition in accordance with the terms of the parties' settlement agreement. The parties represent to this Court that they have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion. We set aside the judgment of the trial court without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

We dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     January 3, 2019
Date Decided:       January 4, 2019

---

[1] Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Third Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.